FILED

NOV 27 2009

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

DERIAN DOUGLAS HICKMAN,          )
                                 )
            Plaintiff,           )
                                 )
      v.                         )          Civil Action No.  09 2251
                                 )
UNITED STATES MINT, *et al.*,    )
                                 )
            Defendants.          )

## MEMORANDUM  OPINION

This matter comes before the court on plaintiff's application to proceed *in forma pauperis* and *pro se* civil complaint. The court will grant the application, and dismiss the complaint.

Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Plaintiff appears to demand compensation from the United States Mint, the Internal Revenue Service, the United States Tax Court and the Department of Justice for business losses he has suffered. As drafted, the Complaint fails to comply with Rule 8(a) as it includes no statement showing that the plaintiff is entitled to the relief he seeks. Accordingly, the Court will dismiss the complaint without prejudice. An Order consistent with this Memorandum Opinion

will be issued on this same date.

_____
United States District Judge

Date: 11/10/09